# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1859
LT Case No. 2016-CF-037840-A

_____

BRYON KEVIN LEWIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Tesha Scolaro Ballou, Judge.

Robert L. Sirianni, Jr., of Brownstone, P.A., Winter Park, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tabitha Mills,
Assistant Attorney General, Daytona Beach, for Appellee.


June 4, 2024


PER CURIAM.

AFFIRMED.


SOUD, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____